[No. 23736–5–I.   Division One.   February 11, 1991.]

THE CITY OF SEATTLE, *Respondent,* v. JOHN HALL,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–03484–9, Sharon S. Armstrong, J.,

entered January 25, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest, J., and Ringold, J. Pro Tem. Now published at 60 Wn. App. 645.